UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GINA DUGAN AND DOROTHY E. RIJOS,

                        Plaintiffs,                    **ORDER**
                                                                       CV 09-5720 (LDW)(ARL)

        -against-

NEW YORK COMMUNITY BANCORP, INC.,
et al.,

                        Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendants' letter application dated November 5, 2010, seeking clarification regarding the timing of expert disclosures, and the plaintiffs' response to that letter. The undersigned will not micro-manage discovery. Instead, the court sets a deadline for the completion of both factual and expert discovery, which is, in this case, December 17, 2010. The plaintiffs are advised, however, that they must time the service of their expert report(s) so as to give the defendants sufficient time to respond prior to the close of discovery and to comply with Rule 26(a)(2)(c)(ii).

      The parties should meet and confer to schedule all remaining outstanding depositions including the deposition of Ms. Rohde and expert depositions.


Dated: Central Islip, New York                          SO ORDERED:
       November 9, 2010

                                                         _____/s/_____
                                                         ARLENE ROSARIO LINDSAY
                                                         United States Magistrate Judge