UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GINA DUGAN AND DOROTHY E. RIJOS,

                Plaintiffs,         **ORDER**
                                                      CV 09-5720 (LDW)(ARL)

    -against-

NEW YORK COMMUNITY BANCORP, INC.,
et al.,

                Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

    Before the court is the plaintiff Gina Dugan's request for a settlement conference prior to the close of discovery on January 14, 2010. As a threshold matter, the application was filed under seal without court approval. While there may be valid reasons for filing an application under seal, the plaintiff has not set forth any argument to rebut the public access presumption. Accordingly, the application is deemed withdraw. However, a telephone conference will be held on January 10, 2011 at 2:30 p.m. to determine whether settlement remains possible. The plaintiff is directed to initiate the call to (631) 712-5730.

Dated: Central Islip, New York                 **SO ORDERED:**
        January 6, 2011

                                                            _____/s/_____
                                                            ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge